AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

**SOUTHERN** _____ **DISTRICT OF** _____ **FLORIDA**

*(Filed stamp: FEB -3 AM 11:25, CLARENCE MADDOX, CLERK U.S. DIST. CT., S.D. OF FLA.-FTL)*

CIGNA INSURANCE COMPANY
OF EUROPE S.A. - N.V.

    Plaintiff,

    v.

FIRST SOUTH DEVELOPMENT
AND INVESTMENT LTD., and
WILLIAM STOVER,

    Defendants.
_____/

## SUMMONS IN A CIVIL CASE

**CASE NUMBER: 00-6097 CIV-DIMITROULEAS**

TO: (Name and address of defendant)

    **William T. Stover**
    **1005 A1A Mile**
    **Hillsboro Beach, FL 33062**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Christopher R. Fertig
    FERTIG & GRAMLING
    200 S.E. 13th Street
    Ft. Lauderdale, FL 33316
    (954) 763-5020

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK    Clarence Maddox        DATE    *February 3, 2000*

(BY) DEPUTY CLERK    *[signature]*

STERLING PROCESS SERVICES, INC.
521 S. Andrews Ave., Suite 10
FORT LAUDERDALE, FL 33301
954 467-____