AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

CIGNA INSURANCE COMPANY
OF EUROPE S.A. - N.V.

    Plaintiff,

        v.

FIRST SOUTH DEVELOPMENT
AND INVESTMENT LTD., and
WILLIAM STOVER,

    Defendants.
_____/

## SUMMONS IN A CIVIL CASE

**CASE NUMBER: 00-6097 CIV-DIMITROULEAS**

TO: (Name and address of defendant)

    **William T. Stover**
    **#8 Sunrise Cay Drive**
    **Key Largo, FL 33037**

    **151 Dubonnet Road**
    **Tavernier, FL 33070**



YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Christopher R. Fertig
    FERTIG & GRAMLING
    200 S.E. 13th Street
    Ft. Lauderdale, FL 33316
    (954) 763-5020

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox                      Feb 11, 2000

CLERK                                                            DATE

(BY) DEPUTY CLERK

