UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
AT LAW AND IN ADMIRALTY



CASE NO. 00-6097 CIV-DIMITROULEAS
MAGISTRATE JUDGE JOHNSON

ACE-USA INSURANCE COMPANY
OF EUROPE S.A.-N.V.

   Plaintiff,     FLORIDA BAR NO. 218421

v.

FIRST SOUTH DEVELOPMENT
AND INVESTMENT LTD.,
WILLIAM STOVER, and BRANCH
BANKING AND TRUST.

   Defendants.
_____/

### PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE ITS RESPONSE TO DEFENDANT, FIRST SOUTH DEVELOPMENT AND INVESTMENT LTD. AND WILLIAM STOVERS', MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR A STAY OF PROCEEDINGS

COMES NOW the Plaintiff, ACE-USA INSURANCE COMPANY OF EUROPE S.A.-N.V., by and through undersigned counsel, and pursuant to the applicable Federal Rules of Civil Procedure, including Rule 6(b) of the Federal Rules of Civil Procedure and local Rule 7.1, hereby submits its underlying Unopposed Motion for Enlargement of Time to File Its Response to Defendant, FIRST SOUTH DEVELOPMENT AND INVESTMENT LTD. AND WILLIAM STOVERS', Motion to



Dismiss or, in the Alternative, for a Stay of Proceedings, and in support would state as follows:

1. On January 20, 2000, Plaintiff filed a Complaint for Recission and Declaratory Judgment with respect to an insurance policy of marine insurance for the M/Y Basil's. The vessel sank on or about July 25, 1999.

2. On March 6, 2000, Defendants filed their Motion to Dismiss or, in the Alternative, Motion for a Stay of Proceedings. A response was due before March 23, 2000.

3. Since Defendants motion raises several complex issues of law and fact, including choice of law analysis and jurisdictional determinations, Plaintiff's counsel requests additional time in which to file its response to Defendants' motion.

4. Plaintiff respectfully requests an extension of time up to, and including, April 9, 2000 in which to file the necessary response.

5. Plaintiff's counsel has spoken with counsel for the Defendants, who have graciously agreed to Plaintiff's request for an extension of time in order to file its response.

6. As such, the undersigned can advise that pursuant to the local rules, there is no objection to the filing of this Motion for an Enlargement of Time.

7. This motion has not been brought for the purposes of harassment, delay or other improper motivation.

8. Pursuant to the local rules of this Court, a proposed Order along with self-addressed, stamped envelopes to all of the parties in connection with this matter have been attached.

WHEREFORE, Plaintiff, ACE-USA INSURANCE COMPANY OF EUROPE S.A.-N.V., respectfully requests that this Honorable Court enter an order enlarging the time period for the filing of Plaintiff's response to Defendants' Motion to Dismiss or, in the Alternative, Motion for a Stay of Proceedings up to, and including, April 9, 2000, and such other and further relief as this Court deems just and proper.

Dated this _23rd_ day of March, 2000.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via U.S. Mail to: **J. Raul Cosio, Esq.**, Holland & Knight, P.O. Box 015441, Miami, Florida 33101-5441.

FERTIG & GRAMLING
200 S.E. 13th Street
Ft. Lauderdale, FL 33316
Tel: (954) 763-5020
Fax: (054) 763-5412

By: _____
Christopher R. Fertig
F.B.N. 218421

H:\LIB\EDSI\DOCS\7736\281685.WPD