UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6097-CIV-DIMITROULEAS

ACE-USA INSURNACE COMPANY
OF EUROPE S.A.-N.V.,

    Plaintiff,

vs.

FIRST SOUTH DEVELOPMENT AND
INVESTMENT LTD., WILLIAM STOVER,
and BRANCH BANKING AND TRUST,

    Defendants.
_____/



## ORDER ON MOTION FOR ENLARGEMENT OF TIME

THIS CAUSE is before the Court upon Plaintiff's, Ace-USA Insurance Company of Europe Motion for Enlargement of Time, filed herein on March 23, 2000. The Court has carefully considered the motion, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Plaintiff's, Ace-USA Insurance Company of Europe Motion for Enlargement of time is hereby **GRANTED**, in part. Plaintiff shall file a response to Defendant's Motion to Dismiss/Stay by April 3, 2000.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 24 day of March, 2000.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

copies to:

J. Raul Cosio, Esq.
Christopher R. Fertig, Esq.

