UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
AT LAW AND IN ADMIRALTY

CASE NO. 00-6097 CIV-DIMITROULEAS
MAGISTRATE JUDGE JOHNSON

CIGNA INSURANCE COMPANY
OF EUROPE S.A.-N.V.

    Plaintiff,

v.

FIRST SOUTH DEVELOPMENT LTD.,
WILLIAM STOVER, and BRANCH
BANKING AND TRUST.

    Defendants.
_____/



## PROPOSED JOINT SCHEDULING REPORT

COME NOW the parties, CIGNA INSURANCE COMPANY OF EUROPE S.A.-N.V., Plaintiff, and FIRST SOUTH DEVELOPMENT LTD., WILLIAM STOVER, and BRANCH BANKING AND TRUST, Defendants, by and through their undersigned counsel and pursuant to the Orders of this Court and the Federal Rules of Civil procedure, including Local Rule 16.1.B, and hereby submit this their Proposed Joint Scheduling Report and Proposed Order as follows:



1. <u>MEETING OF PARTIES</u>:

      Pursuant to Local Rule 16.1(B), a meeting by telephone was held on April 11, 2000. The parties were represented as follows:

| | |
|---|---|
| Joanne M. Foster, Esq.<br>Fertig and Gramling<br>Attorneys for Plaintiff,<br>CIGNA EUROPE<br>200 S.E. 13th Street<br>Ft. Lauderdale, Florida 33316<br>Tel:  (954)763-5020<br>Fax:  (954)763-5412 | Alex Gonzalez, Esq.<br>Holland & Knight<br>Attorneys for Defendants FIRST SOUTH DEVELOPMENT, STOVER, and BRANCH BANKING AND TRUST.<br>P.O. Box 01544<br>Miami, Florida 33101-5441<br>Tel: (305) 789-7705<br>Fax: (305) 789-7798 |

2.    <u>CASE MANAGEMENT TRACK</u>

      Parties request this case be assigned to the Standard Track. This case will require three to ten days of trial and discovery shall be completed within 180 to 269 days of the Scheduling Order.

3.    <u>SCHEDULING REPORT</u>

(a).    <u>Detailed Schedule of Discovery</u>

      The parties expect to exchange all discovery according to the following schedule:

1. Depositions of all parties and witnesses not later than October 15, 2000.
2. Deposition of Plaintiff's Expert Witnesses: Not later than November 1, 2000.
3. Deposition of Defendant's Expert Witnesses: Not later than November 30, 2000.
4. Deposition of Rebuttal Expert Witnesses: Not later than December 15, 2000.
5. Exchange of all interrogatories and requests for production: Not later than one month before end of depositions.

(b) <u>Discussion of the Likelihood of Settlement</u>

The parties agree to discuss settlement through out the litigation and agree in principle to participate in mediation.

(c) <u>Likelihood of Appearance of Additional Parties</u>

At this time the parties do not anticipate the addition of any parties.

(d) <u>Proposed time limits:</u>

1. To Join Other Parties and Amend Pleadings: Sixty days after date of Scheduling Order.

2. To File and Hear Motions: Up and until 15 days prior to the call of the calendar for evidentiary motions and motions in liminie.

3. Dispositive motions shall be filed no later than February 2, 2001.

4. Responses to dispositive motions shall be filed within 20 days of the date of the motion.

5.. Discovery shall be completed not later than December 5, 2000.

(e) <u>Proposals for the Formulation and Simplification of Issues</u>

Parties agree to discuss simplification of the issues and elimination of frivolous claims or defenses should they arise.

(f) <u>Amending Pleadings</u>

The parties do not anticipate further amendment to the pleadings after July 1, 2000.

(g) <u>Evidence</u>

Parties will discuss the possibility of obtaining admissions of facts and of documents which will avoid unnecessary proof, stipulations regarding authenticity of documents and the need for advance rulings from the Court on admissibility of evidence.

(h)  Avoiding Unnecessary and Cumulative Evidence

The parties will discuss the avoidance of unnecessary proof and of cumulative evidence.

(i)  Referral to Magistrate Judge or Master

The parties stipulate to a magistrate hearing all motions concerning discovery matters in this cause.

(j)  Time Required for Trial

The parties expect the trial to take approximately 5 days.

(k)  Pre-Trial Conferences

The parties suggest trial in the matter commence on or about April 1, 2001 with a final pretrial conference on or before March 15, 2001.

Respectfully submitted,

Christopher R. Fertig, Esq.
Joanne M. Foster, Esq.
Fertig and Gramling
Attorneys for Plaintiff,
CIGNA EUROPE
200 S.E. 13th Street
Ft. Lauderdale, Florida 33316
Tel. (954)763-5020
Fax (954)763-5412

By: /s/ Christopher R. Fertig
Christopher R. Fertig, Esq.
F.B.N. 218421
Joanne M. Foster, Esq.
F.B.N. 0134635

J. Raul Cosio, Esq.
Alex Gonzalez, Esq.
Holland & Knight
Attorneys for Defendants FIRST SOUTH DEVELOPMENT, STOVER, and BRANCH BANKING AND TRUST.
P.O. Box 01544
Miami, Florida 33101-5441
Tel: (305) 789-7705
Fax: (305) 789-7798

By: _____
J. Raul Cosio, Esq.
F.B.N. 503630
Alex Gonzalez, Esq.
F. B.N. 991200

(h) <u>Avoiding Unnecessary and Cumulative Evidence</u>

The parties will discuss the avoidance of unnecessary proof and of cumulative evidence.

(i) <u>Referral to Magistrate Judge or Master</u>

The parties stipulate to a magistrate hearing all motions concerning discovery matters in this cause.

(j) <u>Time Required for Trial</u>

The parties expect the trial to take approximately 5 days.

(k) <u>Pre-Trial Conferences</u>

The parties suggest trial in the matter commence on or about April 1, 2001 with a final pretrial conference on or before March 15, 2001.

Respectfully submitted,

| | |
|---|---|
| Christopher R. Fertig, Esq. | J. Raul Cosio, Esq. |
| Joanne M. Foster, Esq. | Alex Gonzalez, Esq. |
| Fertig and Gramling | Holland & Knight |
| Attorneys for Plaintiff, | Attorneys for Defendants FIRST SOUTH |
| CIGNA EUROPE | DEVELOPMENT, STOVER, and |
| 200 S.E. 13th Street | BRANCH BANKING AND TRUST, |
| Ft. Lauderdale, Florida 33316 | P.O. Box 01544 |
| Tel. (954)763-5020 | Miami, Florida 33101-5441 |
| Fax (954)763-5412 | Tel: (305) 789-7705 |
| | Fax: (305) 789-7799 |
| By:_____ | By: _____ |
| Christopher R. Fertig, Esq. | J. Raul Cosio, Esq. |
| F.B.N. 218421 | F.B.N. 503630 |
| Joanne M. Foster, Esq. | Alex Gonzalez, Esq. |
| F.B.N. 0134635 | F. B.N. 991200 |

4